# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ICORE MIDCO INC. and
ICORECONNECT INC.,

      Plaintiffs,

v.                                                      Case No:   6:25-cv-600-JSS-LHP

PIGI SOLUTIONS, LLC and JOHN
SCHNELLER,

      Defendants

_____

## ORDER

Before the Court is Defendants' Amended and Unopposed Motion to Seal an Exhibit to Their Opposition to Plaintiffs' TRO Motion. Doc. No. 21. Based thereon, the initial motion (Doc. No. 17) is **DENIED as moot** given the amended motion (Doc. No. 21). And the amended motion (Doc. No. 21) will be **DENIED without prejudice**. First, the motion fails to comply with Local Rule 1.11 because it does not "include the item, which is sealed pending an order resolving the motion." *See* Local Rule 1.11(b)(8). Second, the motion is premised solely on a confidentiality designation in the Agreement that Defendants seek to file under seal. Doc. No. 21. But "[s]ealing is not authorized by a confidentiality agreement,

. . . a designation of confidentiality, or a stipulation." Local Rule 1.11(a). And the motion does not otherwise establish a basis to seal the Agreement at issue. *See* Doc. No. 21.

Any renewed motion must fully comply with the Local Rules and must establish, by citation to applicable legal authority, that sealing the item is appropriate under governing law.

**DONE** and **ORDERED** in Orlando, Florida on April 16, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties